# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2019

## NO. 03-18-00278-CV

**Gerald McMillan, Appellant**

**v.**

**Kary Aycock, Jerad Kolarik, and Little City Investments, LLC, Appellees**

## APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on March 27, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the trial court's judgment to reflect that appellant's claims against appellees are dismissed without prejudice. The Court affirms the judgment as modified. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.